# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE DANIEL CASTILLO-ANTONIO,<br>Plaintiff,<br>v.<br>BK & CO., et al.,<br>Defendants. | Case No. 18-cv-01413-SVK<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 17 |

Plaintiff reports that this case has conditionally settled. ECF 17. All previously-scheduled deadlines and appearances are vacated.

By August 3, 2018, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on August 14, 2018 at 10:00 a.m. and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than August 7, 2018, advising as to (1) the status of the parties' efforts to finalize settlement, and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: June 26, 2018

SUSAN VAN KEULEN
United States Magistrate Judge