RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jose Daniel Castillo-Antonio,

        Plaintiff,

Vs.

BK & Co., Kyung Oh Koo, et al.,

        Defendants.

Case Number C-18-1413 SVK

STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER

Plaintiff Jose Daniel Castillo-Antonio, and defendants BK & Co., Kyung Oh Koo, and Wesley United Methodist Church of San Jose, by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants BK & Co., Kyung Oh Koo, and Wesley United Methodist Church of San Jose is Cable Law, attorney Keith D. Cable), hereby stipulate as follows:

1. Plaintiff entered into a Settlement Agreement and General Release in this matter with defendants BK & Co., Kyung Oh Koo, and Wesley United Methodist Church of San Jose whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants, all parties to bear their own respective attorney fees and costs.

2. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation to jointly request that the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride
Attorney for Plaintiff Jose Daniel Castillo-Antonio         7/20/2018

_____

STIPULATION AND ORDER OF DISMISSAL – 18-1813 SVK

-1-

Keith D. Cable – By: Keith D. Cable /s/ Keith D. Cable

Attorney for defendants BK & Co., Kyung Oh Koo and Wesley United Methodist Church of San Jose

## FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on July 20, 2018, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Keith D. Cable, attorney for defendants BK & Co., Kyung Oh Koo, and Wesley United Methodist Church of San Jose in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

## [~~PROPOSED~~] ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. BK & Co., et al., Case No. C-18-1413 SVK, is dismissed with prejudice, with each party to bear his or her or its own attorney's fees and costs.

Date: 7/23/18

*Susan van Keulen* (signature)

Susan van Keulen

United States Magistrate Judge

---

STIPULATION AND ORDER OF DISMISSAL – 18-1813 SVK

-3-